FILED
RICHARD W. NAGEL
CLERK OF COURT
2020 JUN 11 PM 1:26
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

district court of the United States
Southern District of Ohio
Eastern Division
85 Marconi Blvd.
Columbus, OH 43215

John Allen
3561 Rangoon Dr.
Westerville, Ohio 43081,

Plaintiff

v.

eBay, Inc.
2025 Hamilton Ave.
San Jose, CA 95125;
Pierre and Pamela Omidyar
C/o Honolulu Civil Beat
3465 Waialae Ave. #200
Honolulu, HI 96816; and
J. Does,

Defendants

Civil No. 2:20-cv-1744

Judge Edmund A. Sargus, Jr.
Magistrate Judge Chelsey M. Vascura

**MOTION TO DISQUALIFY AND REMOVE MAGISTRATE VASCURA**

It is a sad day for our federal judicial system that Plaintiff has to file this motion against one of the court's magistrates.

Magistrate Chelsey M. Vascura must be disqualified from the above-captioned case and must be removed from office for the reasons stated herein.

On April 6, 2020, Plaintiff filed his Complaint and IFP motion.

On April 10, 2020, Plaintiff's IFP motion was granted and Magistrate Vascura issued a report and recommendation (R&R) that Plaintiff's Complaint be dismissed for failure to state a claim upon which relief may be granted.

Failure to state a claim is a defense to be pleaded by Defendants **AFTER** service of the Complaint.

The R&R was issued **BEFORE** service of the Complaint.

By recommending dismissal of the Complaint for failure to state a claim, Magistrate Vascura was acting as the attorney for Defendants before the Defendants even knew they were being sued!

By recommending dismissal of Plaintiff's Complaint before the Complaint was served, Magistrate Vascura denied Plaintiff due process.

By denying Plaintiff due process, Magistrate Vascura violated her oath to support and defend the Constitution for the United States of America.

By acting as the attorney for Defendants, Magistrate Vascura committed the prohibition of practicing law from the bench.

On April 15, 2020, Plaintiff properly filed his amended complaint and properly served it upon Defendants in accordance with the FRCP.

On May 28, 2020, because Defendants had failed to plead or otherwise defend the amended complaint, Plaintiff filed and served his Praecipe and Affidavit to Enter Sum Certain Default Judgment.

Said Default Judgment should have been entered by the clerk of court pursuant to FRCP 55(a) and (b).

On May 29, 2020, Magistrate Vascura improperly denied Plaintiff's default judgment.

Because of Magistrate Vascura's acting as the attorney for Defendants, practicing law from the bench and improperly denying default judgment, Magistrate Vascura must be disqualified from this case.

Because Magistrate Vascura denied Plaintiff due process, thus violating her oath of office, Magistrate Vascura must be removed from office and unable to hold any office of public trust for the rest of her life.

Date: June 9, 2020

Respectfully submitted:

John Allen

**Certificate of Service**

A true and correct copy of the foregoing has been served on the above date by regular First Class mail upon the following:

eBay, Inc.
2025 Hamilton Ave.
San Jose, CA 95125

Pierre and Pamela Omidyar
C/o Honolulu Civil Beat
3465 Waialae Ave. #200
Honolulu, HI 96816

Clerk of Court
Sixth Circuit Court of Appeals
Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, OH 45202

John Allen