John Allen
3561 Rangoon Dr.
Westerville, Ohio 43081

COLUMBUS OH 431
09 JUN 2020 PM 2 L




district court of the United States
Southern District of Ohio
85 Marconi Blvd.
Columbus, OH 43215

43215-283510