district court of the United States
Southern District of Ohio
Eastern Division
85 Marconi Blvd.
Columbus, OH 43215

FILED
RICHARD W. NAGEL
CLERK OF COURT
2020 JUN 22 PM 2:03
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

John Allen
3561 Rangoon Dr.
Westerville, Ohio 43081,

Plaintiff

v.

eBay, Inc.
2025 Hamilton Ave.
San Jose, CA 95125;
Pierre and Pamela Omidyar
C/o Honolulu Civil Beat
3465 Waialae Ave. #200
Honolulu, HI 96816; and
J. Does,

Defendants

Civil No. 2:20-cv-1744

Judge Edmund A. Sargus, Jr.
Magistrate Judge Chelsey M. Vascura

---

**ORDER OF REMOVAL OF CHELSEY M. VASCURA**

On June 9, 2020, John Allen filed a motion to disqualify and remove Chelsey M. Vascura.

On June 16, 2020, Chelsey M. Vascura herself ruled on the motion to disqualify and remove her.

By ruling on the motion herself rather than having an independent judge rule on the motion, Chelsey M. Vascura has violated at least two canons of the Code of Conduct for United States judges and magistrates.

By ruling on the motion herself rather than having an independent judge rule on the motion, Chelsey M. Vascura has not upheld the integrity of the judiciary (Canon 1).

By ruling on the motion herself rather than having an independent judge rule on the motion, Chelsey M. Vascura has demonstrated impropriety and the appearance of impropriety (Canon 2). "An appearance of impropriety occurs when reasonable minds, with knowledge of all the relevant circumstances disclosed by a reasonable inquiry, would conclude that the judge's honesty, integrity, impartiality, temperament, or fitness

to serve as a judge is impaired. Public confidence in the judiciary is eroded by irresponsible or improper conduct by judges, including harassment and other inappropriate workplace behavior. A judge must avoid all impropriety and appearance of impropriety."

Any reasonable mind would conclude that a judge or magistrate cannot themselves rule on a motion directed at them to be disqualified and removed. Such a ruling should be conducted by an independent judge.

Chelsey M. Vascura has taken an oath to support and defend the Constitution for the United States of America.

Chelsey M. Vascura is a servant to the people who are the masters.

Both the federal and state constitutions state that all political power is inherent in the people.

As one of those people holding such political power, John Allen hereby orders that Chelsey M. Vascura is disqualified from this case and is hereby removed from office.

Date: June 19, 2020

John Dale Allen, non-negotiable autograph, all rights reserved.
C/o 3561 Rangoon Drive
Westerville, Ohio 43081

**Certificate of Service**

A true and correct copy of the foregoing has been served on the above date by regular First Class mail upon the following:

eBay, Inc.
2025 Hamilton Ave.
San Jose, CA 95125

Pierre and Pamela Omidyar
C/o Honolulu Civil Beat
3465 Waialae Ave. #200
Honolulu, HI 96816

John Dale Allen, non-negotiable autograph, all rights reserved.
C/o 3561 Rangoon Drive
Westerville, Ohio 43081