JDA
3561 Rangoon Dr.
Westerville Ohio 43081

COLUMBUS OH 431




United states district court
So. Dist. of Ohio
85 Marconi Blvd.
Columbus, OH 43215

43215-282399